IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIFFANY C. IVY
ADC #761693                                                          PLAINTIFF

v.                          No. 3:18-cv-105-DPM-JJV

AMANDA McDANIEL, Sergeant,
Craighead County Detention Center;
and CRAIGHEAD COUNTY
DETENTION CENTER                                                    DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 6, and overrules Ivy's objections, № 7. FED. R. CIV. P. 72(b)(3). Notwithstanding Ivy's arguments, Craighead County Detention Center can't be sued; its employees, like McDaniel, can be. Ivy's claims against the Center are therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2018