IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| TIFFANY C. IVY,<br>ADC #761693, | \*<br>\*<br>\* | |
| Plaintiff, | \* | |
| v. | \* | No. 3:18cv00105-JJV |
| | \* | |
| AMANDA MCDANIEL, Sergeant; and<br>CRAIGHEAD COUNTY DETENTION<br>CENTER, | \*<br>\* | |
| | \* | |
| Defendants. | \* | |

**MEMORANDUM AND ORDER**

Tiffany C. Ivy ("Plaintiff") has filed this *pro se* action, pursuant to 42 U.S.C. § 1983, alleging that, on or about May 15, 2018, Defendant Amanda McDaniel violated her constitutional rights during a strip search at the Craighead County Detention Center.[1] (Doc. No. 1.) Defendant Ivy has raised this same claim against Defendants McDaniel and Officer Wonderly in *Ivy v. McDaniels*, 3:18CV00145 DPM/BD. (Doc. No. 14.)

Plaintiff may not proceed with the same claim in two separate lawsuits. *Blakley v. Schlumberger Technology Corp.*, 648 F.3d 921, 932 (8th Cir. 2011)("dismissal of duplicative claims comports with our long-standing "general principle" of "avoid[ing] duplicative litigation"). Accordingly, I am dismissing this case without prejudice, as being duplicative.

Plaintiff may proceed with her claim against both Defendants McDaniel and Wonderly in *Ivy v. McDaniels,* 3:18CV000145 DPM/BD. *See* 28 U.S.C. § 1915(e)(2)(B)(i) (providing that "the court shall dismiss the case at any time if the court determines that" it is " frivolous"); *Aziz v.*

---

[1] During screening, Plaintiff's claim against the Craighead County Detention Center was dismissed because it is not a proper party in a § 1983 action. (Doc. Nos. 6 & 10.)

*Burrows,* 976 F.2d 1158, 1158-59 (8th Cir. 1992) ("district courts may dismiss a duplicative complaint raising issues directly related to issues in another pending action brought by the same party"); *Van Meter v. Morgan*, 518 F.2d 366, 367-68 (8th Cir. 1975) (affirming the dismissal of a duplicative case as being "frivolous").

IT IS, THEREFORE, ORDERED that:

1. The Complaint (Doc. No. 1) is DISMISSED without prejudice.

2. Defendant's Motion for an Extension of Time to File a Motion for Summary Judgment (Doc. No. 21) is DENIED as moot.

3. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Memorandum and Order and the accompanying Judgment would not be taken in good faith.

DATED this 13th day of February 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE